UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN HADEN,

        Plaintiff,

   v.

KEVIN CHAPELL, et al.,

        Defendants.

Case No. C 13-5512 KAW (PR)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Steven Haden, a state prisoner incarcerated at San Quentin State Prison, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by the warden and medical staff at SQSP. On March 19, 2014, the Court dismissed the complaint with leave to amend. Plaintiff was granted twenty-eight days in which to file an amended complaint. Plaintiff filed several motions for an extension of time in which to file his amended complaint. On June 27 and August 11, 2014, the Court granted Plaintiff's motions for extensions of time. *See* Doc. nos. 20 and 23. In its August 11, 2014 Order, the Court granted Plaintiff twenty-one days from the date of the Order to file his amended complaint. The Court stated, "this will be the last motion for an extension of time that the Court is inclined to consider. If the amended complaint is not filed within twenty-one days, the case shall be dismissed without prejudice."

More than twenty-one days have passed and Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice. The Clerk shall terminate all pending motions and close the file

IT IS SO ORDERED.

Dated: 9/15/14

                                            KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE